

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
New York, NY 10278

January 22, 2024

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Obioma Iwobi, 23 Cr. 641

Dear Judge Netburn:

      The Government respectfully requests that Your Honor sign an order unsealing the above-referenced Indictment, and that a district judge be assigned. The sole defendant is currently serving a sentence in federal custody in the state of Texas, and the Government plans to seek a writ of habeas corpus ad prosequendum.

      Thank you for your consideration.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

                By:    /s/
                      T. Josiah Pertz
                      Assistant United States Attorney
                      (212) 637-2246

SO ORDERED:

_____
Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York