UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OBIOMA IWOBI,<br><br>*Defendant.* | 23 Cr. 641 (NRB)<br><br>~~PROPOSED~~ ORDER |

NAOMI REICE BUCHWALD, United States District Judge:

Upon the application of the Defendant, OBIOMA IWOBI, pursuant to 18 U.S.C. § 3142 for release from custody, with the government's consent based on the terms and conditions set forth herein, it is hereby:

**ORDERED** that the Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

1. Bond in the amount of $75,000, to be signed by the defendant and two other financially responsible persons;
2. Pretrial services supervision as directed by the Pretrial Services office;
3. Mental health evaluation and treatment as directed by Pretrial Services;
4. Travel restricted to the Southern District of New York, the Eastern District of New York, the Eastern District of Texas, and points in between for purposes of travel to and from court;
5. Surrender all passports and other travel documents and make no applications for new or replacement documents;
6. The defendant shall be released upon the signature of the defendant on the bond

following the completion of his sentence on docket 22 Cr. 652 (ER), currently scheduled for March 13, 2024. The defendant shall be produced to the 500 Pearl Street United States Courthouse to sign the bond within 24 hours of the completion of his sentence.

7. The co-signers should sign the bond within one week of the date on which the defendant has signed the bond.

**SO ORDERED.**

Dated: ~~February~~ March 4, 2024
New York, NY

THE HONORABLE NAOMI R. BUCHWALD
United States District Judge