# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 12, 2024

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE:   **United States v. Obioma Iwobi**
         **23 Cr. 641 (NRB)**

Dear Judge Buchwald:

    I write, with the consent of the government, to respectfully request a 30-day adjournment of the status conference in the above-captioned matter, currently scheduled for April 18, 2024, to allow additional time for Mr. Iwobi to review the discovery in this matter.

    The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Iwobi to continue reviewing discovery and the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Obioma Iwobi*

cc:   Josiah Pertz, Assistant U.S. Attorney

---

This conference is adjourned until May 21, 2024 at 12:00pm. Speedy Trial time excluded until then. 18 U.S.C. § 3161(h)(7)(A). **So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   April 16, 2024
         New York, New York