# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2024

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **United States v. Obioma Iwobi**
**23 Cr. 641 (NRB)**

Dear Judge Buchwald:

  I write, with the consent of the government, to respectfully request a 30-day adjournment of the status conference in the above-captioned matter, currently scheduled for May 21, 2024. Mr. Iwobi, who lives in Texas, has been reviewing the discovery in this matter. At the defense's request, the government provided Mr. Iwobi with a *Pimentel* letter. We anticipate reaching a disposition in this matter and respectfully request additional time to contemplate a plea. The parties are available for a conference any day except June 17 and June 25.

  The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Iwobi to continue reviewing discovery and the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

  Thank you for your consideration of this request.

```
The conference is adjourned until June
18, 2024 at 11:00am.  Speedy Trial time
excluded, 18 U.S.C § 3161(h)(7)(A).
So ordered.
```

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Obioma Iwobi*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2024
    New York, New York

cc: Josiah Pertz, Assistant U.S. Attorney