UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA                :  **TRANSPORTATION ORDER**

      - v -                                      :  23 Cr. 641 (NRB)

Obioma Iwobi,                           :

                Defendant.        :

------------------------------------x

    Upon the application of **Obioma Iwobi**, by his attorney, **Marne Lenox, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish Obioma Iwobi with funds to cover the cost of travel between Dallas, Texas and New York, New York, for Mr. Iwobi's court appearance, scheduled for June 18, 2024, at 11:00 AM, it is hereby

    **ORDERED** that Mr. Iwobi arrive in New York on the evening of June 17, 2024; and it is hereby further

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York
        June 11, 2024

SO ORDERED:

*/s/ Naomi Reice Buchwald*
HONORABLE NAOMI REICE BUCHWALD
United States District Judge