```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

UNITED STATES OF AMERICA           :   TRANSPORTATION ORDER

        - v -                      :   23 Cr. 641 (NRB)

Obioma Iwobi                       :

                Defendant.         :
------------------------------------------------x
```

Upon the application of **Obioma Iwobi**, by his attorney, **Marne Lenox, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Obioma Iwobi with funds to cover the cost of travel between Dallas, Texas and New York, New York, for Mr. Iwobi's court appearance, scheduled for October 8, 2024, at 3:00 PM, it is hereby

**ORDERED** that Mr. Iwobi arrive in New York on the morning of October 8, 2024; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York            SO ORDERED:
        October 1, 2024

                                      _____
                                      HONORABLE NAOMI REICE BUCHWALD
                                      United States District Judge