**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 11, 2025

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Obioma Iwobi**
      **23 Cr. 641 (NRB)**

Dear Judge Buchwald:

    I write to respectfully request that the Court endorse the attached Order, requiring the United States Marshals Service to furnish Mr. Iwobi with funds to cover the cost of his travel to New York for his sentencing on February 25, 2025 and directing the Marshals to book travel on February 24, 2025, the day before his sentencing, so he may meet with defense counsel in person in advance of his sentencing proceeding on February 25. Thank you for your consideration of this application.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Obioma Iwobi*

cc:   Josiah Pertz, Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA        :   **TRANSPORTATION ORDER**

    - v -                       :   23 Cr. 641 (NRB)

Obioma Iwobi,                   :

        Defendant.          :

----------------------------------x

Upon the application of **Obioma Iwobi**, by his attorney, **Marne Lenox, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Obioma Iwobi with funds to cover the cost of travel between Dallas, Texas and New York, New York, for Mr. Iwobi's court appearance, scheduled for February 25, 2025 at 3:30 PM, it is hereby

**ORDERED** that Mr. Iwobi arrive in New York on the afternoon of February 24, 2025; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York            SO ORDERED:
       February 12, 2025

                                                 _____
                                                 HONORABLE NAOMI REICE BUCHWALD
                                                 United States District Judge